# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CAPITAL ONE BANK,**

        **Plaintiff,**

**Case No. 06-C-117**

  **-vs-**

**BARRY P. DEGNER,**

        **Defendants.**

## ORDER

Pursuant to 28 United States Code, Section 455(b)(4), I herewith recuse myself from participation in this case. Accordingly,

**IT IS ORDERED** that this matter be returned to the Clerk of Court for reassignment to another judge.

Dated at Milwaukee, Wisconsin, this 30th day of January, 2006.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**